# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON TAYLOR,** | : | |
| **Plaintiff** | : | **No. 1:25-cv-01963** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **TRANS UNION, LLC,** | : | **(Magistrate Judge Camoni)** |
| **Defendant** | : | |

## ORDER

Before the Court in the above-captioned action is the April 27, 2026 Report and Recommendation of Magistrate Judge Camoni (Doc. No. 9), recommending that the Court (1) grant Defendant Trans Union, LLC ("Defendant")'s motion to dismiss (Doc. No. 5) pro se Plaintiff Aaron Taylor ("Plaintiff")'s complaint (Doc. No. 1-2) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim because it fails to include any factual allegations and (2) administratively close this case. No objections to the Report and Recommendation have been filed.

**AND SO**, on this 21st day of May 2026, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 9) of Magistrate Judge Camoni;

2. Defendant's motion to dismiss (Doc. No. 5) is **GRANTED**;

3. Plaintiff's complaint (Doc. No. 1-2) is **DISMISSED WITHOUT PREJUDICE**; and

4. The Clerk of Court is directed to administratively **CLOSE** this case.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania